UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MANCINAS,<br>Petitioner,<br>v.<br>MARCUS POLLARD, Acting Warden,<br>Respondent. | Case No. 18-cv-06235-YGR (PR)<br>**JUDGMENT** |

For the reasons set forth in this Court's Order Denying the Petition for Writ of Habeas Corpus; and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: January 3, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge